UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ALLAHYARI,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SYED ZARQ ABBAS NAQVI,<br><br>　　　　　　　　　　Defendant. | Case No. 24-cv-0406-BAS-KSC<br><br>**ORDER REQUESTING<br>SUPPLEMENTAL BRIEFING**<br>**(ECF No. 10.)** |

Pending before the Court is Plaintiff Hassan Allahyari's motion for default judgment. (ECF No. 10.) After considering Plaintiff's motion, the Court requests that Plaintiff submit supplemental briefing on the following issues:

1. Whether this Court has personal jurisdiction over Defendant, particularly in light of the holding in *Werner v. Dowlatsingh*, 818 Fed. App'x 671, 672 (9th Cir. 2020) (memorandum disposition) (uploading copyright-protected photos via videos uploaded to YouTube from another country "did not create a substantial connection with California," for purposes of personal jurisdiction (citation omitted)).

2. Whether personal service of the Summons and Complaint on Defendant was reasonably calculated to provide him notice given that the Summons and Complaint are in English and there is no evidence that they were translated or

that Defendant speaks English. *See Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306, 314 (1950).

3. Whether the requested injunction is moot in light of the fact that the offending video is no longer posted to YouTube.

4. How the Court is to determine whether the substantive merits of the case support default judgment where the Defendant's allegedly infringing video has been removed from the link Plaintiff provided the Court, and the Complaint contains little information regarding either video's contents beyond the titles.

5. Whether Plaintiff's requested injunction that Defendant be ordered to remove his YouTube Channel from YouTube exceeds what is requested in the Complaint.

Accordingly, it is hereby **ORDERED** that Plaintiff is requested to file supplemental briefing with the Court no later than **October 28, 2024**.  The briefing may not exceed ten pages.

**IT IS SO ORDERED.**

**DATED: October 4, 2024**

Hon. Cynthia Bashant
United States District Judge